**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**October 29, 2012
LETTER-ORDER**

Mr. Jimmie L. Wilson
521 Plaza Street
West Helena, AR 72390

     Re:    Glasper v. Allstate Indemnity Company, 3:12CV00114 BRW

Dear Mr. Wilson:

Please submit your response to the motion to extend the discovery deadlines this week (by 5:00 p.m., this Friday, November 2, 2012).

                                          Cordially,

                                          /s/Billy Roy Wilson

Original to the Clerk of the Court
cc: David Waldrop, Atty.